**UNITED STATES of America,
Plaintiff—Appellee,**

**v.**

**David HILL, Defendant—Appellant.**

No. 10–6754.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 14, 2010.

Decided: Oct. 21, 2010.

David Hill, Appellant Pro Se. Dabney P. Langhorne, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, KING, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Hill appeals the district court's order denying his motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Hill,* No. 1:01–cr–00191–CMH–1 (E.D.Va. May 5, 2010). Further, we deny Hill's motion for an en banc hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*